# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK S. PARKHURST,               ) | 1:05-cv-00471-AWI-TAG HC |
| Petitioner,      ) | ORDER ADOPTING REPORT AND RECOMMENDATIONS (Doc. 7) |
| v.                       ) | ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1) |
| U.S. DISTRICT COURT OF CALIFORNIA,    ) | |
| Respondent.   ) | ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed his petition on April 11, 2005. (Doc. 1). On October 28, 2005, the Magistrate Judge assigned to the case filed a Report and Recommendations recommending that the petition for writ of habeas corpus be DISMISSED because none of the claims in the petition had been exhausted in state court. (Doc. 7). The Report and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty days from the date of service of that order. On November 4, 2005, Petitioner filed objections to the Magistrate Judge's Report and Recommendations. (Doc. 8).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*

*novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Report and Recommendations are supported by the record and proper analysis. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis. Petitioner asks that the court excuse the exhaustion requirement because Petitioner was given inaccurate information by this attorneys. Petitioner also points out that his statute of limitations has nearly run on this action. The court has no discretion to excuse the exhaustion requirement. Accordingly, IT IS HEREBY ORDERED that:

1. The Report and Recommendations issued October 28, 2005, (Doc. 7) are ADOPTED IN FULL;

2. The petition for writ of habeas corpus (Doc. 1) is DISMISSED; and

3. The Clerk of Court is DIRECTED to ENTER JUDGMENT for Respondent and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   December 5, 2005**              _____/s/ Anthony W. Ishii_____
0m8i78                                             UNITED STATES DISTRICT JUDGE

2